**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MOHAMMAD OWDETALLAH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1546-SLP** |
| | ) | |
| **PAMELA BONDI, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### <u>ORDER</u>

Before the Court is Petitioner's Unopposed Motion for Leave to Exceed Page Limits for Reply. Doc. 12. Accordingly, the motion is **GRANTED** and Petitioner shall file his reply on January 14, 2026.

**IT IS SO ORDERED** this 14th day of January, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE