# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MOHAMMAD OWDETALLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1546-SLP |
| | ) | |
| PAMELA BONDI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order entered this same date, the Petitioner's Verified Petition for Writ of Habeas Corpus is GRANTED IN PART to the extent it requests habeas relief pursuant to 28 U.S.C. § 2241.  In accordance with the Order, Respondents shall release Petitioner from custody immediately, subject to the terms of his previous Order of Supervision.

ENTERED this 20th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE